

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

RUBEN RODRIGUEZ,     §     No. 08-17-00177-CR

    Appellant,     §     Appeal from the

v.     §     41st District Court

THE STATE OF TEXAS,     §     of El Paso County, Texas

    State.     §     (TC# 20160D04706)

§

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **January 25, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before January 25, 2019.

IT IS SO ORDERED this 11th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.
(McClure, C.J., not participating)